IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:23-cr-00246 TLN |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| MIKEAL ANTHONY ESTRADA, | ) | |
| Defendant. | ) | |

The Federal Defender was appointed in court on April 3, 2024. The Federal Defender would like to panel this case for workload reasons. CJA Panel attorney Betty Williams is hereby appointed effective April 5, 2024, the date the Office of the Federal Defender contacted her.

DATED:  4/8/2024

Troy L. Nunley
United States District Judge