UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 13, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>MIKEAL ANTHONY ESTRADA,<br><br>Defendant. | Case No. 2:23-CR-00246-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MIKEAL ANTHONY ESTRADA, Case No. 2:23-CR-00246-TLN-, Charge 18 U.S.C. § 3606, from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other): Defendant to be released from custody on June 14, 2024, to ONLY the staff of the Jericho Project who will transport him from jail to the program.

Issued at Sacramento, California on June 13, 2024.

By: _____
District Judge Troy L. Nunley